DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT, APC**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: gwinter@mastagni.com

Attorneys for Plaintiff
LOREEN GAMBOA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREEN GAMBOA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRACTOR SUPPLY COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:   2:20-CV-02413-MCE-KJN<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR NON-EXPERT DISCOVERY AND TO MODIFY THE PRETRIAL SCHEUDLING ORDER**<br><br>Date Action Removed: December 07, 2020 |

Pursuant to Local Rule 143 and F.R.C.P 29(a) and (b), Plaintiff Loreen Gamboa and Defendant Tractor Supply Company (hereinafter "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Loreen Gamboa filed her Complaint in San Joaquin County Superior Court in this matter on November 3, 2020;

WHEREAS, Plaintiff Loreen Gamboa served her Summons and Complaint on Defendant's agent for service of process on November 5, 2020;

WHEREAS, Defendant filed its Answer to the Complaint on December 7, 2020;

WHEREAS, that same day, December 7, 2020, Defendant filed its Notice of Removal in both San Joaquin County Superior Court as well as with this Court;

WHEREAS, on December 7, 2020, this Court issued its Pretrial Scheduling Order, allowing only 365 days from the date of that Order (December 7, 2021) to complete non-expert discovery;

///

WHEREAS, pursuant to the December 7, 2020 Pretrial Scheduling Order, the Parties performed their FRCP 26(f) conference on Thursday, January 28, 2021;

WHEREAS, after completing their FRCP 26(f) conference, consistent with Rule 26(d)(1), the parties could begin to seek discovery.  At this point, the Parties had only ten months for the completion of all discovery proceedings, including necessary motions;

WHEREAS, the Parties have diligently conducted discovery since the end of January 2021;

WHEREAS, the Parties have exchanged written discovery and have been responsive in producing relevant documents;

WHEREAS, the Parties have also subpoenaed documents and have stipulated to an authorized release of certain portions of Ms. Gamboa's law-enforcement personnel records (she served as a police office for the Stockton Police Department at the time of the underlying incident).  This process has been slowed as Plaintiff Loreen Gamboa has a voluminous amount of medical records and providers due to fifteen different workers' compensation claims, each for work-related injuries;

WHEREAS, the Parties have conducted a first round of Plaintiff Loreen Gamboa's deposition.  The Parties have also stipulated to the taking of other depositions, including a second round of deposition with Ms. Gamboa;

WHEREAS, despite their best efforts, the Parties have not had sufficient time to obtain, review, and follow up on all of the information gathered in discovery in order to complete discovery;

WHEREAS, counsel for Defendant is unavailable to attend two key depositions recently noticed by Plaintiff and scheduled to take place between the end of November and mid-December, and the second deposition of Ms. Gamboa, due to a jury trial in Contra Costa County;

WHEREAS, the Parties have met and conferred together in good faith and request that the Court allow this Stipulation to extend non-expert discovery by ninety days and as a result, modify the Pre-Trial Scheduling Order.

THEREFORE, THE PARTIES STIPULATE THAT GOOD CAUSE APPEARS AND AGREE AS FOLLOWS:

1) **Stipulation of the Parties To Extend Non-Expert Discovery**

At the present time, the deadline for the Parties to complete non-expert discovery is December 7, 2021. Pursuant to Federal Rule of Civil Procedure 29(a), the Parties stipulate that the deadline to complete non-expert discovery in this matter shall be extended to March 7, 2022.

1   If the Court does not issue an order amending the December 7, 2020 Pretrial Scheduling Order, then the date for "completion of discovery" shall remain December 7, 2021, but the Parties agree under Federal Rule of Civil Procedure 29(a) to take depositions between December 7, 2021 and March 7, 2022; and the Parties further agree to work together to accomplish additional exchange of information including a Defense Medical Exam of Ms. Gamboa and additional written discovery, as well as subpoenas of third parties.

**2)   Additional Stipulation and Request for Order Modifying Pretrial Scheduling Order**

In addition to the stipulation set forth above, the Parties also stipulate to modify the Pretrial Scheduling Order. The Parties respectfully request that the Court issue its approval of this modification through an order.

At the present time, consistent with the December 7, 2020 Pretrial Scheduling Order, the current pretrial deadlines are as follows:

   a)   December 7, 2021 – Completion of Non-Expert Discovery

   b)   February 7, 2022 – Disclosure of Expert Witnesses

   c)   March 2, 2022 – Disclosure of Supplemental Experts

   d)   June 5, 2022 – Dispositive Motion Filing Deadline

The Parties stipulate and now request that the Court modify the pretrial deadlines to the following:

   a)   March 7, 2022 – Completion of Non-Expert Discovery

   b)   May 2, 2022 – Disclosure of Expert Witnesses

   c)   June 6, 2022 – Disclosure of Supplemental Experts

   d)   August 1, 2022 – Dispositive Motion Filing Deadline

The Parties submit and stipulate that good cause exists for the requested modification.

IT IS SO STIPULATED.

Dated: November 24, 2021             **MASTAGNI HOLSTEDT, A.P.C.**

                                     By: /s/ Grant A. Winter
                                          GRANT A. WINTER
                                          Attorney for Plaintiff

Dated: November 24, 2021             **KLINEDINST**

                                     By: /s/ Michael W. Carruth
                                          MICHAEL W. CARRUTH
                                          Attorney for Defendant

**ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the Parties requesting a modification of the Pretrial Scheduling Order, and the facts asserted by the Parties therein, the Court finds good cause to modify the Pretrial Scheduling Order and therefore orders that the following deadlines supersede those set forth in the December 7, 2020 Pretrial Scheduling Order:

a)   March 7, 2022 – Completion of Non-Expert Discovery

b)   May 2, 2022 – Disclosure of Expert Witnesses

c)   June 6, 2022 – Disclosure of Supplemental Experts

d)   August 1, 2022 – Dispositive Motion Filing Deadline

IT IS SO ORDERED.

Dated: December 2, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE