Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
Raja A. Hafed, Bar No. 311778
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
mcarruth@klinedinstlaw.com
rhafed@klinedinstlaw.com

Attorneys for DEFENDANT TRACTOR SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LOREEN GAMBOA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02413-MCE-KJN<br><br>**STIPULATION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER; ORDER**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Courtroom:  7<br>Action Filed:  November 3, 2020<br>Action Removed: December 7, 2020<br>Trial Date:      None Set |
|---|---|

Pursuant to Local Rule 143 and Federal Rule of Civil Procedure section 29(a) and (b), Plaintiff Loreen Gamboa and Defendant Tractor Supply Company (hereinafter "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Loreen Gamboa filed her Complaint in San Joaquin County Superior Court in this matter on November 3, 2020;

WHEREAS, Plaintiff Loreen Gamboa served her Summons and Complaint on Defendant's agent for service of process on November 5, 2020;

WHEREAS, Defendant filed its Answer to the Complaint on December 7, 2020;

///

1  WHEREAS, that same day, December 7, 2020, Defendant filed its Notice of Removal in both San Joaquin County Superior Court as well as with this Court;

WHEREAS, on December 7, 2020, this Court issued its Pre-Trial Scheduling Order, allowing only 365 days from the date of that Order (December 7, 2021) to complete non-expert discovery;

WHEREAS, on or about December 3, 2021, the Parties filed a Stipulation to Extend the Deadline for Non-Expert Discovery and to Modify the Pre-Trial Scheduling Order.  The Court later signed that Order, extending non-expert discovery and modifying the Pretrial Scheduling Order.

WHEREAS, within the December 3, 2021 Stipulation, the Parties had set and the Court had approved the following schedule for this matter:

* March 7, 2022:   Completion of Non-Expert Discovery;
* May 2, 2022:     Disclosure of Expert Witnesses;
* June 6, 2022:    Disclosure of Supplemental Expert Witnesses; and
* August 1, 2022:  Dispositive Motion Filing Deadline.

WHEREAS, on Friday, April 29, 2022, counsel for Plaintiff Grant Winter, contacted counsel for Defendant Michael Carruth and advised him that he had recently suffered an orthopedic injury and was scheduled to go into surgery to have the issue repaired later that same day.  The Parties tentatively agreed to push the Disclosure of Expert Witnesses out to allow counsel time to recover from his procedure.  The Parties also agreed to tentatively adjust the Pre-Trial Scheduling Order subject to the Court's approval.

WHEREAS, the Parties have met and conferred together in good faith and request that the Court allow this Stipulation to modify the Pre-Trial Scheduling Order as discussed below.

**Stipulation and Request for Order Modifying Pre-Trial Scheduling Order**

The Parties stipulate to modify the Pre-Trial Scheduling Order.  The Parties respectfully request that the Court issue its approval of this modification through an Order.

///

///

///

At the present time, consistent with the December 3, 2021 Pre-Trial Scheduling Order, the current pre-trial deadlines are as follows:

    a)  May 2, 2022:      Disclosure of Expert Witnesses;

    b)  June 6, 2022:      Disclosure of Supplemental Expert Witnesses; and

    c)  August 1, 2022:    Dispositive Motion Filing Deadline.

The Parties stipulate and now request that the Court modify the pre-trial deadlines to the following:

    a)  June 6, 2022:       Disclosure of Expert Witnesses;

    b)  July 11, 2022:      Disclosure of Supplemental Experts; and

    c)  September 12, 2022:  Dispositive Motion Filing Deadline.

The Parties submit and stipulate that good cause exists for the requested modification.

IT IS SO STIPULATED.

Dated: May 3, 2022                           **MASTAGNI HOLSTEDT, A.P.C.**

By:  */s/ Grant A. Winter*
       GRANT A. WINTER
       Attorney for Plaintiff

Dated: May 3, 2022____                  **KLINEDINST**

By:  */s/ Michael W. Carruth*
       MICHAEL W. CARRUTH
       Attorney for Defendant

///
///
///
///
///
///

**ORDER MODIFYING THE PRE-TRIAL SCHEDULING ORDER**

Based on the stipulation of the Parties requesting a modification of the Pre-Trial Scheduling Order, and the facts asserted by the Parties therein, the Court finds good cause to modify the Pre-Trial Scheduling Order and therefore orders that the following deadlines supersede those set forth in the December 3, 2021 Pre-Trial Scheduling Order:

a) June 6, 2022: Disclosure of Expert Witnesses;

b) July 11, 2022: Disclosure of Supplemental Experts; and

c) September 12, 2022: Dispositive Motion Filing Deadline.

IT IS SO ORDERED.

DATED: May 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE