Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
Raja A. Hafed, Bar No. 311778
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
mcarruth@klinedinstlaw.com
rhafed@klinedinstlaw.com

Attorneys for DEFENDANT TRACTOR SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREEN GAMBOA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRACTOR SUPPLY COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-CV-02413-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Courtroom:  7<br>Action Filed:  December 7, 2020<br>Trial Date:  None Set |

IT IS HEREBY STIPULATED AND AGREED by and between LOREEN GAMBOA ("Plaintiff") and TRACTOR SUPPLY COMPANY ("Defendant") (collectively, "the Parties"), by and through their respective attorneys of record, that:

1. Whereas Plaintiff filed her Complaint on November 3, 2020, with the San Joaquin County Superior Court;

2. Whereas Defendant filed its Answer on December 4, 2020, with the San Joaquin County Superior Court;

3. Whereas Defendant removed the matter to the Eastern District of California on December 7, 2020;

4.      Whereas, through arms' length settlement discussions, the Parties entered into a fully executed settlement agreement ("Agreement") on June 29, 2022; and

5.      Whereas, in consideration of sums received pursuant to the Agreement, Plaintiff agreed to dismiss with prejudice this lawsuit, and any and all claims and causes of action, including those articulated in their operating Complaint.

WHEREFORE, the parties hereby stipulate that this Court dismiss the above-captioned lawsuit as to Plaintiff's operating Complaint, and any and all claims and causes of action against Defendant, <u>with prejudice</u>.

IT IS SO STIPULATED.

**MASTAGNI HOLSTEDT, A.P.C.**

DATED: June 30, 2022      By:   */s/ Grant A. Winter*
                                Grant A. Winter
                                Attorneys for Plaintiff LOREEN GAMBOA

**KLINEDINST PC**

DATED: June 30, 2022      By:   */s/ Michael W. Carruth*
                                Michael W. Carruth
                                Attorneys for Defendant TRACTOR SUPPLY COMPANY

///
///
///
///
///
///
///
///
///

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**ORDER OF DISMISSAL**

Based on the stipulation of the Parties requesting a dismissal with prejudice of the above-captioned lawsuit as to Plaintiff's operating Complaint, IT IS HEREBY ORDERED that this matter is DISMISSED in its entirety with prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 8, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE